United States District Court
Southern District of Texas
**ENTERED**
November 03, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| PEDRO GARZA, JR. | § § § § |
| VS. | §  MISC. ACTION NO. 7:20-MC-987 |
| EDINBURG CONSOLIDATED SCHOOL DISTRICT | § § § |

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND GRANTING DISMISSAL

The Court has reviewed the magistrate judge's Report and Recommendation regarding Movant Pedro Garza Jr.'s Complaint and Request for Injunction. After having reviewed the said Report and Recommendation, and no objections having been filed by either party, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED, ADJUDGED** and **DECREED** that the conclusions in United States Magistrate Judge Juan F. Alanis' Report and Recommendation entered as Docket Entry No. 3 are hereby adopted by this Court.

FURTHER, the Court, having adopted the magistrate judge's conclusions, is of the opinion that Plaintiff's Complaint and Request for Injunction should be **DISMISSED** without prejudice for failure to prosecute.

The Clerk shall send a copy of this Order to the Movant.

SO ORDERED November 3, 2020, at McAllen, Texas.

_____
Randy Crane
United States District Judge